UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES A HENDERSON #798253** | **CASE NO. 3:25-CV-01365 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SAVAGE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Plaintiff James A. Henderson's Motion for a Temporary Restraining Order and a Preliminary Injunction [Doc. No. 5] are **DENIED**.

MONROE, LOUISIANA, this 19th day of November, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE