**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JAMES A HENDERSON #798253** | **CASE NO. 3:25-CV-01365 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SAVAGE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 25], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff James A. Henderson's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this the 9th day of September, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE